Mark L. Javitch (CA SBN 323729)
Javitch Law Office
480 S. Ellsworth Ave
San Mateo, CA 94401
Telephone: 650-781-8000
Facsimile: 650-648-0705
mark@javitchlawoffice.com
*Attorney for Plaintiff*
and the Putative Class

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL CANFIELD, individually and on behalf of all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>SUNPATH LIMITED CORP, a Delaware corporation, NORTHCOAST WARRANTY SERVICES, INC., a Delaware corporation, VAD d/b/a CM AUTO, an unknown business entity<br><br>Defendant. | Case No.: 3:19-cv-1025-LAB-WVG<br><br>**VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Plaintiff DANIEL CANFIELD, by and through his attorney, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), hereby gives notice that it is voluntarily dismissing all Defendants without prejudice, with each side bearing its own costs and attorney's fees.

Dated: June 11, 2019

Respectfully submitted,

DANIEL CANFIELD, individually and on behalf of all others similarly situated,

1

3:19-cv-1025-LAB-WVG

| | |
|---|---|
| 1 | |
| 2 | By: /s/ Mark L. Javitch                . |
| | Plaintiff's Attorney |
| 3 | |
| 4 | Mark L. Javitch (SBN 323729) |
| | Javitch Law Office |
| 5 | 480 S. Ellsworth Ave |
| | San Mateo, CA 94401 |
| 6 | Telephone: 650-781-8000 |
| | Facsimile: 650-648-0705 |
| 7 | mark@javitchlawoffice.com |
| 8 | *Attorney for Plaintiff* |
| | and the Putative Class |